IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

DOLBY LABORATORIES LICENSING CORPORATION,

    Plaintiff,

v.

GREAT WALL ELECTRONICS AUDIO VISUAL LTD.,

    Defendant.

No. C 03-01423 WHA

**JUDGMENT**

For the reasons stated in this Court's order, dated December 5, 2003, **JUDGEMENT IS ENTERED** against defendant and in favor of plaintiff.

The Clerk of the Court shall **CLOSE** the File.

**IT IS SO ORDERED.**

Dated: December 24, 2003.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE